UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY TROUTMAN,<br><br>                   Plaintiff,<br>v.<br><br>CAVALRY PORTFOLIO SERVICES,<br><br>                   Defendant. | Case No.: 18cv2896-LAB (WVG)<br><br>**ORDER OF DISMISSAL [Dkt. 5]** |

The joint motion to dismiss (Docket no. 5) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 31, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge